39 F.3d 1177
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Larry Ray JOHNSON, Plaintiff Appellant,
v.
Albert V. BRYAN, Jr., Defendant Appellee.
 No. 94-6965.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Oct. 18, 1994.
Decided: Nov. 15, 1994.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-94-821-AM)
 Larry Ray Johnson, appellant pro se.
 E.D.Va.
 AFFIRMED.
 Before HALL and MICHAEL, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Larry Ray Johnson appeals from the district court's order dismissing his Bivens* complaint filed against Judge Bryan of the United States District Court for the Eastern District of Virginia, and imposing a pre-filing injunction in light of the number of frivolous complaints filed by Johnson (over 220 since 1977). Our review of the record and the district court's opinion reveals that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Johnson v. Bryan, No. CA-94-821-AM (E.D. Va. July 26, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.
 
 
 
 *
 Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)